587-17

# ELECTRONIC RECORD

CCA #   09-15-00287-CR          OFFENSE:   Aggravated Sexual Assault

STYLE:   Alan Edward Miller
         v. The State of Texas     PUNISHMENT:   25 years

                                   COUNTY:   Orange

TRIAL COURT:         260th District Court                          MOTION
TRIAL COURT #:       D140297-R              FOR REHEARING IS:
TRIAL COURT JUDGE:   Judge Buddie J Hahn    DATE:
DISPOSITION:   AFFIRMED                      JUDGE:

DATE:      05-10-17

JUSTICE:   Hollis Horton          PC   NO   S   YES
PUBLISH:   NO                     DNP:   YES

CLK RECORD:   12-02-15            SUPP CLK RECORD:
RPT RECORD:   11-04-15            SUPP RPT RECORD:
STATE BR:     08-11-16            SUPP BR:
APP BR:       05-12-16            PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                    CCA # _____PD-0587-17_____

-------------------

___APPELLANT'S___ Petition               Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
___REFUSED___                            JUDGE: _____
DATE: ___November 22, 2017___            SIGNED: _____      PC: _____
JUDGE: ___Per Curiam___                  PUBLISH: _____    DNP: _____

-----------------------

_____ MOTION FOR REHEARING IN      MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____       _____ ON _____

JUDGE: _____       JUDGE: _____